IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA MATTISON, as Administratrix of the Estate of JAMES MATTISON, Deceased<br><br>Plaintiff<br><br>-vs-<br><br>EMPIRE PIPELINE, INC.,<br>EMPIRE STATE PIPELINE COMPANY, LLC,<br>ESPC, LLC.,<br>EMPIRE STATE PIPELINE,<br>MILLENNIUM PIPELINE COMPANY, LLC,<br>SENECA RESOURCES CORPORATION,<br>SENECA ENERGY PARTNERS, L.P., a/k/a<br>ENERGY TACTICS, INC.,<br>SENECA ENERGY II, LLC,<br>LEIDY HUB, IND.,<br>HORIZON POWER, INC.,<br>HORIZON ENERGY HOLDINGS, INC.,<br>HORIZON ENERGY DEVELOPMENT, INC.,<br>NATIONAL FUEL GAS DISTRIBUTION CORPORATION,<br>NATIONAL FUEL GAS COMPANY,<br>NATIONAL FUEL RESOURCES, INC.,<br>NATIONAL FUEL GAS SUPPLY CORPORATION,<br>ST. CLAIR PIPELINE COMPANY, LLC.<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 6:10-cv-06571 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant(s) EMPIRE PIPELINE, INC., EMPIRE STATE PIPELINE COMPANY, LLC, ESPC, LLC., EMPIRE STATE PIPELINE, MILLENNIUM PIPELINE COMPANY, LLC, SENECA RESOURCES CORPORATION, SENECA ENERGY PARTNERS, L.P., a/k/a ENERGY TACTICS, INC., SENECA ENERGY II, LLC, LEIDY HUB, IND.,HORIZON POWER,

INC.,HORIZON ENERGY HOLDINGS, INC.,HORIZON ENERGY DEVELOPMENT, INC., NATIONAL FUEL GAS DISTRIBUTION CORPORATION, NATIONAL FUEL GAS COMPANY, NATIONAL FUEL RESOURCES, INC.,NATIONAL FUEL GAS SUPPLY CORPORATION, ST. CLAIR PIPELINE COMPANY, LLC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED:   June 6, 2017
         Hamburg, New York

*(signature)*

Christopher M. Parinozzo
Attorneys for Plaintiff
Office and Post Office Address
4819 South Park Avenue
Hamburg, New York 14075

DATED: June 9, 2017
Rochester, New York

*(signature)*

Valerie L. Barbic
Attorneys for Defendants
Office and Post Office Address
75 Town Centre Drive, Suite 105
Rochester, New York 14623

SO ORDERED

*(signature)*

Jonathan W. Feldman
United States Magistrate Judge